# EXHIBIT 3

**Infringement of Exemplary Claim 1 of U.S. Patent No. 9,590,608 (the '608 patent)**

The accused products include, but are not limited to, Defendants' power module products, which include, but are not limited to at least the following models: RS53317, RS53319, RSM53319, RS53328, and RS53355. (*See generally* datasheets for respective products) (describing bootstrap circuit technology for power converters.) A chart of exemplary claim 1 against exemplary RS53317 is provided below.

Annotations and identification of elements in this chart are preliminary, are not final, nor are they intended to limit Plaintiff's identification of claim elements in Reed's infringing products. Furthermore, RS53317 and claim 1 have been provided as representative, and Plaintiff reserves the right to identify additional products and claims, and identify further representative products. Plaintiff reserves the right to amend, supplement, expand, modify, or narrow its identifications in the accused products as it develops facts during discovery, based on the Court's claim constructions, or for any other allowable purpose in this action.

| 9,590,608 | RS53317 |
|---|---|
| 1. A bootstrap refresh control circuit for a voltage converter, wherein the voltage converter comprises a high side switch, a low side switch and a bootstrap capacitor for providing a bootstrap voltage signal to supply a high side driver of the high side switch, and wherein the voltage converter is configured to receive an input voltage at an input terminal and to provide an output voltage at an output terminal based on driving the high side switch and the low side switch to switch on and off, and wherein the bootstrap refresh control circuit comprising: | The RS53317 is a bootstrap control circuit for a voltage converter. (*See generally* RS53317 Datasheet.)<br><br>According to the datasheet, has both input and output voltages:<br><br>"Input Voltage Range: 2.85V to 16V with external bias, or 4V to 16V with internal bias"<br><br>"Output Voltage Range: 0.6V to 6.0V for RS53317L. 0.9V to 6.0V for RS53317H"<br><br>The RS53317 has a high side switch, a low side switch, and a BST pin for coupling a bootstrap capacitor to provide a bootstrap voltage Vbst, annotated below with the red box.<br><br>(U.S. Pat. 11,716,024 at Fig. 1 (Assignee: Reed Semiconductor, filed Dec. 29, 2021))<br><br>The RS53317 has a VIN pin to receive an input voltage, and a SW pin for coupling an inductor L to provide an output voltage, as annotated with the green box. |

| | |
|---|---|
| |  |
| a bootstrap refresh module, wherein the bootstrap refresh module comprises a first comparing module having a first input terminal, a second input terminal and an output terminal, and wherein the first input terminal of the first comparing module is configured to receive the bootstrap voltage signal, the second input terminal of the first comparing module is configured to receive a bootstrap refresh threshold, and the first comparing module is configured to | The RS53317 receives the bootstrap voltage signal, where the voltage across the bootstrap capacitor ($C_{Boot}$) is the bootstrap voltage, annotated below with the red box. |

compare the bootstrap voltage signal with the bootstrap refresh threshold to provide a first comparing signal having a first logic state and a second logic state at the output terminal, and wherein the first comparing signal has the first logic state when the bootstrap voltage signal is lower than the bootstrap refresh threshold, and wherein the first comparing signal has the second logic state when the bootstrap voltage signal is larger than the bootstrap refresh threshold; and



The RS53317 has a bootstrap refresh function, which compares the voltage across $C_{BOOT}$ with a threshold voltage, and turns on the low side switch to charge the bootstrap capacitor when the voltage across $C_{BOOT}$ is lower than that threshold, as annotated with the green box.

| | |
|---|---|
| | 
(U.S. Pat. 11,716,024 at Fig. 1 (Assignee: Reed Semiconductor, filed Dec. 29, 2021)) |
| a voltage difference module having a first input terminal, a second input terminal and an output terminal, wherein the first input terminal of the voltage difference module is configured to receive a feedback signal representing the output voltage of the voltage converter, the second input terminal of the voltage difference module is configured to receive a | The RS53317 is configured to receive a feedback signal representing the output voltage of the voltage converter, annotated below with the green box. |

| | |
|---|---|
| reference voltage signal representing a desired value of the output voltage of the voltage converter, the voltage difference module is configured to compare the feedback signal with the reference voltage signal so as to provide a difference signal at the output terminal; | 

The RS53317 includes an error amplifier to receive a feedback signal from FB pin. The error amplifier provides a difference signal at the output terminal. |
| and wherein when the first comparing signal has the first logic state, the bootstrap refresh module is configured to decrease the output voltage of the voltage converter; | The RS53317 is configured to decrease the output voltage of the voltage converter, annotated below with the purple boxes. |

| | |
|---|---|
| |  (U.S. Pat. 11,716,024 at Fig. 1 (Assignee: Reed Semiconductor, filed Dec. 29, 2021)) If the voltage across $C_{BOOT}$ is lower than a certain threshold, the RS53317 will turn on the low side switch to charge the bootstrap capacitor, and the output voltage VOUT is decreased. |
| and wherein when the feedback signal is smaller than the reference voltage signal, the bootstrap refresh control circuit is configured to control the high side switch and the low side switch to switch on and off based on the difference signal so as to charge the bootstrap capacitor for refreshing the bootstrap voltage signal. | The RS53317 has the bootstrap refresh control circuit configured to control the high side switch and the low side switch to switch on and off based on the difference signal so as to charge the bootstrap capacitor for refreshing the bootstrap voltage signal, as annotated with the red box. When the feedback signal is smaller than the reference voltage signal, RS53317 will start switching, and control the high side switch and low side switch on and off based on the difference signal, as annotated with the red box. |





(U.S. Pat. 11,716,024 at Fig. 1 (Assignee: Reed Semiconductor, filed Dec. 29, 2021))