# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONOLITHIC POWER SYSTEMS, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-166 |
| | : | |
| **NENGDA MICROELECTRICS (SHENZHEN) CO., LTD., NENGDA SEMICONDUCTOR TECHNOLOGY (SHENZHEN) CO., LTD.** | : : : : | |

## ORDER

**AND NOW**, this 26th day of March 2024, upon considering defendants' motion to dismiss (DI 8), plaintiff's amended complaint (DI 9), and defendants' motion to withdraw its motion to dismiss (DI 11), it is **ORDERED** defendants' motion to withdraw its motion to dismiss (DI 11) is **GRANTED** and defendants' motion to dismiss (DI 8) is **DENIED as moot**.

_____
**MURPHY, J.**