# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, Counterclaim-Defendant, <br><br> v. <br><br> REED SEMICONDUCTOR CORP., <br><br> Defendant, Counterclaim-Plaintiff. | C.A. No. 1:23-cv-01155-JFM |
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, Counterclaim-Defendant, <br><br> v. <br><br> REED SEMICONDUCTOR CORP., <br><br> Defendant, Counterclaim-Plaintiff. | C.A. No. 1:24-cv-00165-JFM |
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NENGDA MICROELECTRONICS (SHENZHEN) CO., LTD. and NENGDA SEMICONDUCTOR TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendants. | C.A. No. 1:24-cv-00166-JFM |

## **NOTICE OF IPR FINAL WRITTEN DECISION**

Defendants respectfully submit this notice to the Court that the United States Patent Trial and Appeal Board (PTAB) determined that claims 1-5, 7-15, 17, and 18 of U.S. Patent No. 9,041,377 are unpatentable. Only claim 18 is at issue in these actions. The PTAB's final written decision is attached hereto as Exhibit A.

Defendant Reed Semiconductor Corp. originally filed its petition for *inter partes* review (IPR) on July 23, 2024 (IPR2024-01158). The PTAB issued a final written decision on January 22, 2026. Plaintiff Monolithic Power Systems, Inc. has until February 23, 2026, to request a

rehearing from the PTAB, or March 26, 2026, to appeal the PTAB's decision to the Federal Circuit.

35 U.S.C. § 141(c); 37 C.F.R. §§ 42.71(d)(2), 90.3(a)(1).

| | |
|---|---|
| Respectfully submitted, | Date: January 23, 2026 |
| **MORGAN, LEWIS & BOCKIUS LLP** | Calvin M. Brien (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW |
| /s/ *Amy M. Dudash*<br>John V. Gorman (No. 6599)<br>Amy M. Dudash (No. 5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Tel.: (302) 574-3000<br>Email: john.gorman@morganlewis.com<br>Email: amy.dudash@morganlewis.com | Washington, DC 20004-2541<br>Tel.: (202) 739-3000<br>Email: calvin.brien@morganlewis.com<br><br>Phillip D. Wolfe (*pro hac vice*)<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel.: (215) 963-5000<br>Email: phillip.wolfe@morganlewis.com |
| *Attorneys for Defendants Reed Semiconductor Corp., Nengda Microelectronics (Shenzhen) Co., Ltd., and Nengda Semiconductor Technology (Shenzhen) Co., Ltd.* | Avery Joseph Welker (*pro hac vice*)<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5005<br>Tel.: (713) 890-5000<br>Email: avery.welker@morganlewis.com |
| *Of Counsel:* | |
| Andrew J. Gray IV (*pro hac vice*)<br>Annaliese Parker (*pro hac vice*)<br>1400 Page Mill Road<br>Palo Alto, CA 94304-1124<br>Tel.: (650) 843-4000<br>Email: andrew.gray@morganlewis.com<br>Email: annaliese.parker@morganlewis.com | Tawni Henderson (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel.: (415) 442-1000<br>Email: tawni.henderson@morganlewis.com |
| Andrew V. Devkar (*pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Tel.: (310) 907-1000<br>Email: andrew.devkar@morganlewis.com | |
| Karon N. Fowler (*pro hac vice*)<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Tel.: (312) 324-1000<br>Email: karon.fowler@morganlewis.com | |